AO 91 (Rev. 11/11) Criminal Complaint

**FILED**
November 09, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Joseph Hinojos
DEPUTY

# UNITED STATES DISTRICT COURT

for the

Western District of Teaxs

United States of America
v.

HERNANDEZ-Terrazas, Miguel

*Defendant(s)*

Case No. **PE: 26-MJ-438**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 11/05/26 in the county of Cullberson in the Western District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 USC 1324(a)(1)(A)(v) | Conspiracy to transport unlawful or unauthorized aliens within the United States. |

This criminal complaint is based on these facts:

See attached affidavit

☐ Continued on the attached sheet.

Joel Velez
*Complainant's signature*

Border Patrol Agent Joel Velez
*Printed name and title*

Complaint sworn to in my presence and signed electronically on this date.
FED.R.CRIM.P. 4.1(b)(2)(A)

Date: 11/09/2026

David Fannin
*Judge's signature*

City and state: Alpine, TX

Honorable U.S. Magistrate Judge David B. Fannin
*Printed name and title*

Affidavit

United States v. HERNANDEZ-Terrazas, Miguel

On November 5, 2026, at approximately 2210 hours, a Van Horn Border Patrol Agent observed a white GMC Acadia, stopped on the shoulder of Interstate 10, near mile marker 136, with its lights off. There is a rest area around mile marker 136, but the vehicle was not stopped at the rest area and instead was stopped on the side of the road. As the agent slowed his vehicle down, he observed two individuals from off of the roadway running toward the Acadia and attempt to enter it. The agent stopped on the shoulder ahead of the Acadia and while he attempted to turn his vehicle around to view the Acadia, the vehicle entered I-10 and began driving eastbound.

The agent activated his emergency lights and siren to initiate a vehicle stop. The vehicle continued driving, which led the agent to contact local law enforcement for assistance.

With Border Patrol, Culberson County Sheriff's Office, and Texas DPS behind him, the vehicle eventually came to a stop at mile marker 145. The sole occupant, which was the driver, later identified as Hernandez-Terrazas, Miguel, was placed under arrest and transported to the Van Horn Border Patrol Station for further investigation. The arrest took place in the Western District of Texas.

Agents at the Van Horn Station determined that Hernandez-Terrazas, Miguel was a citizen of Mexico and was present in the United States unlawfully. Further investigation revealed an active alert for alien smuggling in the Big Bend Sector area of responsibility.

At the Van Horn Station, during post Miranda interview, HERNANDEZ-Terrazas, Miguel stated he was in the Van Horn, TX area because he was traveling back to Mexico due to him and his wife having a big argument. Halfway to Mexico, he and his wife discussed their issues and worked it out, so he decided to turn around and head back to Fort Worth. HERNANDEZ-Terrazas stated he pulled over off the road to sleep but after a short while, he was startled by a vehicle that was pulling over near him, so he decided to continue driving. HERNANDEZ-Terrazas, Miguel stated that he did notice the multiple law enforcement vehicles following him with their red and blue emergency lights activated but he was certain they were not pulling him over due to him not breaking any laws. HERNANDEZ-Terrazas stated that he pulled over after a law enforcement vehicle drove in front of him and forced him to stop.

HERNANDEZ-Terrazas, Miguel provided his personal cell phone number, to Agents. HERNANDEZ-Terrazas, Miguel stated that he is known as "Grande", "Chikilin", "Tikilin" and "Miguelon".

After receiving this information, Agents compared the names and phone number to information provided to Agents from a previously apprehended illegal alien, who was in a group that was destined for Interstate 10. The alien stated he and the group he was in, were instructed to reach Interstate 10, and upon arrival, he was instructed to contact, "Tikilin" at the Defendant's cell phone number as he was going to be the pick up driver for the group of illegal aliens. After consent was granted to search his phone, agents discovered Whatsapp messages between the alien and the Defendant's phone number, with the name "Tikilin" displayed. The messages consisted of "Tikilin" advising the illegal alien that he was the "Taxi" and to send him the group's location, once they were near Interstate 10.

I make this affidavit based on my personal knowledge, as well as the basis of information furnished to me by other law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included every fact known to me concerning this investigation.

Joel Velez

Border Patrol Agent Joel Velez

David Fannin

Honorable U.S. Magistrate Judge David B. Fannin